STATE OF MONTANA ex rel. TIM A. MACE, Relator, v. DISTRICT COURT of the FOURTH JUDICIAL DISTRICT, in and for the COUNTY OF MISSOULA and HONORABLE EDWARD DUSSAULT, District Judge, Respondents.

No. 13146.
Decided Aug. 29, 1975.
539 P.2d 714.

John P. Connor, Jr., Missoula, for relator.

ORDER

PER CURIAM:

This is an original proceeding wherein relator seeks a writ of supervisory control or other appropriate writ to reverse the ruling of respondent Judge in denying relator's motion to dismiss in cause No. 4608, entitled *State of Montana, Plaintiff, vs. Tim A. Mace, Defendant,* pending in the respondent court.

Counsel for relator was heard ex parte and the matter taken under advisement. The Court having now considered the petition and attachments, the memorandum of authorities and argument of counsel,

It is ordered that the relief sought be, and it is hereby, denied, and this proceeding is dismissed.